Kathleen C. Jeffries (State Bar #110362)
kjeffries@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile: (626) 795-4790

JS-6

Attorneys for Defendant and Third-Party Plaintiff
WORLDWIDE DRIVEAWAY LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESCO LLC, <br><br> Plaintiff, <br><br> vs. <br><br> WORLDWIDE DRIVEAWAY LLC, <br><br> Defendant. <br><br> ─────────────────────── <br><br> WORLDWIDE DRIVEAWAY LLC, a Georgia Limited Liability Company, <br><br> Third-Party Plaintiff, <br> vs. <br><br> RLI CORP., an Illinois Corporation doing business as RLI INSURANCE COMPANY; RLI INSURANCE COMPANY, an Illinois Corporation, <br><br> Third-Party Defendants. | Case No. CV 21-6754-JFW (KSx) <br><br> ORDER ON STIPULATION RE DISMISSAL WITH PREJUDICE |

Based upon the stipulation by and between the parties hereto, plaintiff Nesco LLC, defendant/third-party plaintiff Worldwide Driveaway LLC and third-party defendants RLI Corp. and RLI Insurance Company, by and through

1

ORDER ON STIPULATION RE DISMISSAL WITH PREJUDICE

their respective attorneys of record, and the facts that a settlement agreement has been reached between such parties for full resolution of this action and that the terms of the settlement agreement have been satisfied,

IT IS HEREBY ORDERED that the entire case is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: August 29, 2022

_____
Judge, United States District Court

4873-1668-9966, v. 1

2

ORDER ON STIPULATION RE DISMISSAL WITH PREJUDICE